# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Valerie Lupe ENCINAS (1) <br> Michael James PATKE (2), <br> Steven Bryant NAPOLITANO (3), <br> Sierra Blaine EDWARDS (4), <br> Leonard Lee CANTLEY (5), <br><br> Defendant. | Case No.: '22 MJ01095 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) <br><br> Title 18, U.S.C., §§ 2 <br> Aiding and Abetting <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about March 18, 2022, within the Southern District of California, Valerie Lupe ENCINAS, Michael James PATKE, Steven Bryant NAPOLITANO, Sierra Blaine EDWARDS and Leonard Lee CANTLEY, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Special Agent Christopher Barnes*
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of March 2022.

HON MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

On March 18, 2022, at approximately 3:08 AM, Valerie Lupe ENCINAS, ("ENCINAS"), Michael James PATKE, ("PATKE"), Steven Bryant NAPOLITANO, ("NAPOLITANO"), Sierra Blaine EDWARDS, ("EDWARDS") and Leonard Lee CANTLEY, ("CANTLEY"), all United States Citizens, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. All five occupants were inside of a 2019 Volkswagen Jetta ("the vehicle"), bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from PATKE who stated they were all going to Hemet, CA. After receiving a computer-generated alert, a CBPO referred all occupants of "the vehicle" to secondary for further inspection.

A Canine Enforcement Team was requested to screen "the vehicle" and all occupants in the vehicle secondary lot when the Human and Narcotic Detection Dog alerted to ENCINAS.

Further inspection of ENCINAS resulted in the discovery of 2 packages concealed in her groin area, with a total approximate weight of 68 grams. A sample of the substance contained within the packages field tested positive for the characteristics of fentanyl.

1

ENCINAS, PATKE, NAPOLITANO, EDWARDS and CANTLEY were all placed under arrest.

During a post-Miranda interview, ENCINAS admitted that she was going to be paid $1,100 USD to smuggle the narcotics into the United States. ENCINAS claimed to be driving the narcotics to San Diego, California.

During a post-Miranda interview, PATKE denied knowledge that he or anyone else had drugs. PATKE stated that he was giving NAPOLITANO a ride to Hemet, CA., and was paid $100 USD by NAPOLITANO for gas.

During a post-Miranda interview, EDWARDS denied knowledge that she or anyone else had drugs. EDWARDS stated she went to Mexico to keep ENCINAS company while ENCINAS visited her boyfriend.

ENCINAS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

NAPOLITANO, EDWARDS, PATKE and CANTLEY were charged with a violation of Title 18, United States Code, 2, aiding and abetting.

## PROBABLE CAUSE STATEMENT

I, Special Agent Christopher Barnes, declare under penalty of perjury, the following is true and correct:

On March 18, 2022, at approximately 12:00 AM, Valerie Lupe ENCINAS, ("ENCINAS"), Michael James PATKE, ("PATKE"), Steven Bryant NAPOLITANO, ("NAPOLITANO"), Sierra Blaine EDWARDS, ("EDWARDS") and Leonard Lee CANTLEY, ("CANTLEY"), all United States Citizens, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. All five occupants were inside of a 2019 Volkswagen Jetta ("the vehicle"), bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from PATKE who stated they were all going to Hemet, CA. After receiving a computer-generated alert, a CBPO referred all occupants of "the vehicle" to secondary for further inspection.

A Canine Enforcement Team was requested to screen "the vehicle" and all occupants in the vehicle secondary lot when the Human and Narcotic Detection Dog alerted to ENCINAS.

Further inspection of ENCINAS resulted in the discovery of 2 packages concealed in her groin area, with a total approximate weight of 68 grams. A sample

1

of the substance contained within the packages field tested positive for the characteristics of fentanyl.

ENCINAS, PATKE, NAPOLITANO, EDWARDS and CANTLEY were all placed under arrest.

During a post-Miranda interview, ENCINAS admitted that she was going to be paid $1,100 USD to smuggle the narcotics into the United States. ENCINAS claimed to be driving the narcotics to San Diego, California.

During a post-Miranda interview, PATKE denied knowledge that he or anyone else had drugs. PATKE stated that he was giving NAPOLITANO a ride to Hemet, CA., and was paid $100 USD by NAPOLITANO for gas.

During a post-Miranda interview, EDWARDS denied knowledge that she or anyone else had drugs. EDWARDS stated she went to Mexico to keep ENCINAS company while ENCINAS visited her boyfriend.

ENCINAS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

NAPOLITANO, EDWARDS, PATKE and CANTLEY were charged with a violation of Title 18, United States Code, 2, aiding and abetting.

NAPOLITANO, EDWARDS, PATKE and CANTLEY were charged with a violation of Title 18, United States Code, 2, aiding and abetting.

Executed on March 18, 2022, at 6:50 PM

*[signature]*

Christopher Barnes, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 03 pages, I find probable cause to believe the defendants, Valerie Lupe ENCINAS, Michael James PATKE, Steven Bryant NAPOLITANO, Sierra Blaine EDWARDS, Leonard Lee CANTLEY, named in this probable cause statement, committed the offense on March 18, 2022, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance and Title 18 USC 2, Aiding and Abetting.

*[signature]*  10:05 PM, Mar 18, 2022

Hon. Michael S. Berg        Date/Time

United States Magistrate Judge

3